UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM DAVENPORT,

          Plaintiff,

   v.

HENRY RICHARDS, *et al*,

          Defendants.

CASE NO.    C06-5334RJB-KLS

ORDER

The Court, having reviewed defendant's motion for judgment on the pleadings (Dkt. #44), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    the Court adopts the Report and Recommendation (Dkt. 53);

(2)    defendant's motion to dismiss (Dkt. 44) is GRANTED;

(3)    plaintiff's claims against defendant are DISMISSED; and

(4)    the Clerk is directed to send copies of this Order to plaintiff, defendant's counsel and Magistrate Judge Karen L. Strombom.

DATED this 30th day of June, 2008.

ROBERT J. BRYAN
United States District Judge